# EXHIBIT A

| Regular | OT | Commissions | Bonus | Auto | Stock | STD | Total |
|---|---|---|---|---|---|---|---|
| $ 59,118.02 | $ - | $ 37,695.00 | $ - | $ 780.00 | $ - | $ - | $ 97,593.02 |
| $ 59,118.02 | $ - | $ 33,293.00 | $ - | $ - | $ - | $ - | $ 92,411.02 |
| $ 29,559.01 | $ - | $ 17,787.82 | $ - | $ - | $ - | $ 17,735.38 | $ 65,082.21 |