IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**CECIL HYPES,**

    **Plaintiff,**

v.                                       Civil Action No. 3:12-cv-0605
                                          Honorable Robert C. Chambers

**MAXIM CRANE WORKS, L.P.,**
**and DAVID BARNETT,**

    **Defendants.**

### AGREED DISMISSAL ORDER

This day the parties, by their respective counsel, announced to the Court that all matters in controversy have been settled, agreed and compromised and jointly move the Court to dismiss and strike this action from its docket.

The Court having considered said motion and perceiving no objection thereto, **ORDERS** that this action be, and it is hereby dismissed and stricken from the docket of the Court as fully agreed and compromised, with prejudice.

The Clerk is directed to forward a certified copy of this Order to counsel of record.

ENTERED THIS __12__ day of __April__, 2013.

                                                            Honorable Robert C. Chambers

Prepared by:                                       Agreed to by:

/s/ William E. Robinson                         /s/ Sean W. Cook
Denise D. Pentino, Esq. (WV State Bar #6620)     Larry O. Ford, Esq. (WV State Bar #1241)
William E. Robinson, Esq. (WV State Bar #3139)   Sean W. Cook, Esq. (WV State Bar #10432)
DINSMORE & SHOHL LLP                             Meyer Ford Glasser & Radman, PLLC
900 Lee Street, East, Suite 600                      120 Capitol Street
P.O. Box 11887                                                 Charleston, WV 25301
Charleston, WV 25339-1887                           *Counsel for Plaintiffs*
*Counsel for Defendants*

66760v1